IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION



| FATEN H. TANEEB, | ) | |
|---|---|---|
| Plaintiff. | ) ) ) | Civil Action No. 7:08CV00439 |
| v. | ) ) ) | **FINAL ORDER** |
| BRANCH BANKING & TRUST, et al., COMPANY, INC., | ) ) ) | By: Hon. Glen E. Conrad United States District Judge |
| Defendant. | ) ) | |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

that BB&T's motion for summary judgment shall be and hereby is **GRANTED**, and that this action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 18th day of December, 2008.

_____
United States District Judge